**Order entered November 30, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00074-CR
No. 05-20-00075-CR
No. 05-20-00076-CR
No. 05-20-00077-CR

**ROBERTO CANAMARGARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-60209-T, F18-60210-T,**
**F18-60212-T & F18-60211-T**

**ORDER**

We **GRANT** the State's November 23, 2020 second motion for an extension

of time to file its brief. We **ORDER** the brief received with the motion filed as of

the date of this order.

/s/     CORY L. CARLYLE
JUSTICE